## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ZACHARY CHARLES CROCKETTT**                                                    **PLAINTIFF**

**v.**                         **Case No. 4:18-cv-00644-KGB**

**DOCK HOLIDAY, Sheriff, Pulaski**
**County,** *et al*.                                                              **DEFENDANTS**

### ORDER

Plaintiff Zachary Charles Crockett filed a complaint pursuant to 42 U.S.C. § 1983 alleging violations of his federally protected rights (Dkt. No. 2). On March 7, 2019, the Court granted Mr. Crockett's motion to proceed *in forma pauperis* and directed him to file an amended complaint. (Dkt. No. 4). The Court explained to Mr. Crockett that, in its current form, his complaint failed to state a claim on which relief can be granted (*Id*.). Mr. Crockett was ordered to file his amended complaint within 30 days, or by Monday, April 8, 2019 (*Id*.). The Court advised Mr. Crockett that his failure to comply with the Court's Order could result in the dismissal of his lawsuit pursuant to Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas (*Id*. at 5). The Court's Order was mailed to Mr. Crockett, as was the Court's initial order for *pro se* prisoner-plaintiffs, but the mail was returned as undeliverable (Dkt. Nos. 6, 7).

Local Rule 5.5(c)(2) provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently.
>
> ***
>
> If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

Local Rule 5.5(c)(2).

More than 30 days have passed since Mr. Crockett was directed to file an amended complaint, but he has failed to do so or otherwise respond to the March 7, 2019 Order.  Mr. Crockett also failed to notify the Clerk of his apparent change in address (Dkt. Nos. 6, 7).  Accordingly, Mr. Crockett's complaint is dismissed without prejudice (Dkt. No.  2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

So ordered this 19th day of January, 2021.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge